ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| VetBiz Corp, LLC | ) ASBCA No. 61978 |
| | ) |
| Under Contract No. W91151-16-D-0003 | ) |

APPEARANCE FOR THE APPELLANT:     Sarah C. Reida, Esq.
                                  Legal Meets Practical, LLC
                                  Naperville, IL

APPEARANCES FOR THE GOVERNMENT:   Scott N. Flesch, Esq.
                                  Army Chief Trial Attorney
                                  Dana J. Chase, Esq.
                                  MAJ Ronald M. Herrmann, JA
                                  Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  September 10, 2020

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61978, Appeal of VetBiz Corp, LLC, rendered in conformance with the Board's Charter.

Dated:  September 10, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals